**JS-6**

FILED
CLERK, U.S. DISTRICT COURT
DEC 15, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE JI-AHNTE, <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, <br><br> Defendants. | Case No. ED 16-cv-00371 VAP (SPx) <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

**IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT to retain jurisdiction for a period of **THIRTY (30) days** to enforce the terms of the settlement.

Dated: December 14, 2016

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm